UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX CHACON,<br><br>             Plaintiff,<br><br>       v.<br><br>PACIFIC COAST ROOFERS PENSIONPLAN, JOINT BOARD OF TRUSTEES,<br><br>             Defendant. | Case No.  1:22-cv-00081-JLT-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 5) |

Pursuant to the parties' stipulation, (Doc. 5), the deadline for Defendant Pacific Coast Roofers Pension Plan, Joint Board of Trustees, to respond to the complaint is HEREBY EXTENDED from February 14, 2022 to March 16, 2022.  The parties are cautioned that further requests for extensions of time must be supported by good cause.  Fed. R. Civ. P. 6(b).

IT IS SO ORDERED.

   Dated:   **February 4, 2022**                        /s/ Barbara A. McAuliffe            _
                                                                    UNITED STATES MAGISTRATE JUDGE

1